USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/20119

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION,

        Plaintiff,

-against-

TRIAXX ASSET MANAGEMENT LLC, et al.,

        Defendants.

18-cv-4044 (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

        On November 18, 2019, defendants Triaxx Asset Management (TAM) and Phoenix Real Estate Solutions (Phoenix; collectively the TAM Parties) jointly filed two letter-motions seeking discovery conferences, pursuant to Local Civil Rule 37.2, regarding a variety of discovery disputes, some with with defendant Goldman Sachs & Co. LLC (Goldman Sachs) (Dkt. No. 298), and others with plaintiff U.S. Bank, N.A. (the Trustee) (Dkt. No. 299). Goldman Sachs and the Trustee responded to the motions on November 21, 2019 arguing, *inter alia*, that they were premature as the parties had not had adequate opportinuty to meet and confer on the issues raised by the TAM Parties. (Dkt. Nos. 300, 301.)[1]

        It is hereby ORDERED that the TAM Parties' November 18 letter-motions are DENIED without prejudice to renewal after the parties meet and confer regarding their current disputes and following the substantial completion of document production.

        It is further ORDERED that the parties shall substantially complete their production of documents in response to previously-served requests no later than **January 10, 2020**. If, after that date, the parties require judicial intervention to resolve any of the document production issues described in the November 18 letter-motions, they may request a conference by filing a joint letter, not to exceed six pages, briefly summarizing the outstanding issues.

Dated: New York, New York
       November 22, 2019

SO ORDERED.

_____
**BARBARA MOSES
United States Magistrate Judge**

---

[1] In their letter-motions, the TAM Parties reported that they last met and conferred with the Trustee and Goldman Sachs, with respect to some of the issues now raised, in April and May of this year, respectively.