UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION, *solely in its capacity as Trustee*,

          Interpleader Plaintiff,

– against –

TRIAXX ASSET MANAGEMENT LLC (f/k/a ICP ASSET MANAGEMENT LLC); TRIAXX PRIME CDO 2006-1, LTD.; TRIAXX PRIME CDO 2006-2, LTD.; TRIAXX PRIME CDO 2007-1, LTD.; PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC; GOLDMAN SACHS & CO., LLC; PHOENIX REAL ESTATE SOLUTIONS LTD., and CEDE & CO.,

          Interpleader Defendants.

Case No. 1:18-cv-04044 (BCM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2021

## [PROPOSED] ORDER DISMISSING THE TRUSTEE'S FIRST CLAIM FOR INTERPLEADER RELIEF SOLELY AS TO THE TRIAXX PRIME CDO 2006-1, LTD. TRANSACTION

The First Claim For Interpleader Relief of U.S. Bank National Association, solely in its capacity as Trustee, as it relates to the Triaxx Prime CDO 2006-1, Ltd. transaction is hereby dismissed for lack of Article III jurisdiction without prejudice and without costs to any party. For the avoidance of doubt, this dismissal shall have no impact on the First Claim For Interpleader Relief as it relates to the Triaxx Prime CDO 2006-2, Ltd. transaction and the Triaxx Prime CDO 2007-1, Ltd. transaction.

SO ORDERED:

*/s/ Barbara Moses*
_____
Hon. Barbara Moses, U.S.M.J.
January 12, 2021