
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
U.S. BANK NATIONAL ASSOCIATION,       :
solely in its capacity as Trustee     :
of Triaxx Prime CDO 2006-1, Ltd.,     :
                                      :
                Petitioner,           :
                                      :    21 Civ. 439
    - against -                       :
                                      :
TRIAXX ASSET MANAGEMENT LLC (f/k/a    :
ICP ASSET MANAGEMENT LLC, et al.,     :
                                      :
                Respondents.          :
-------------------------------------X
U.S. BANK NATIONAL ASSOCIATION,       :
solely in its capacity as Trustee,    :
                                      :
    Interpleader Plaintiff,           :
                                      :    18 Civ. 4044
    - against -                       :
                                      :
TRIAXX ASSET MANAGEMENT LLC (f/k/a    :
ICP ASSET MANAGEMENT LLC, et al.,     :    ORDER
                                      :
                Defendants.           :
-------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the two cases captioned above, the Court notes that in all material respects the papers describe substantially similar underlying events arising out of the same or similar operative facts, and that the parties are substantially the same parties. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate these actions for all pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the lower numbered case, 18 Civ. 4044; and it is further

**ORDERED** that the parties are directed to indicate their consent to proceeding with the recently removed action, 21 Civ. 439, before Magistrate Judge Moses who is presiding over the lower numbered action, (see 18 Civ. 4044, Dkt. No. 171), and is intimately familiar with the facts and proceedings of the case; and it is finally

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 21 Civ. 439, as a separate action and remove it from the Court's docket.

**SO ORDERED:**

Dated:   New York, New York
         23 February 2021

_____
Victor Marrero
U.S.D.J.