UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION,

           Plaintiff,

    -against-

TRIAXX ASSET MANAGEMENT LLC, et al.,

           Defendants.



18-CV-4044 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

    Judge Moses will conduct a status conference on **May 4, 2021, at 10:00 a.m.** At that time, the parties shall dial **(888) 557-8511** and enter the access code **7746387**.

    In advance of the conference, and no later than **April 27, 2021**, the parties shall file a joint status letter, providing their views (in separate sections in the case of disagreement) as to:

(1) What discovery remains to be completed with respect to Triaxx 2006-2 and Triaxx 2007-1;

(2) What deadline(s) should be set for the completion of that discovery; and

(3) Whether the complaint originally docketed in this Court as No. 21-CV-439 (previously accepted as related to and now consolidated with this action) should be remanded to the state court. Given recent developments, the Court would appreciate an update on this issue providing the parties' current views, including the views of Triaxx Prime CDO 2006-1, Ltd.

    The Court notes that, notwithstanding the terms of Judge Marrero's February 23, 2021 consolidation order (Dkt. No. 329 in this action), the parties have not formally "indicate[d] their consent to proceeding with the recently removed action . . . before Magistrate Judge Moses." In their joint letter, the parties shall provide their views as to whether a fresh consent is required.

    The purpose of the joint letter is to identify issues, including issues as to which further briefing may be required. The parties should refrain from extended argument in the letter itself.

Dated: New York, New York
       April 13, 2021

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**