UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



U.S. BANK NATIONAL ASSOCIATION,

    Plaintiff,

  -against-

TRIAXX ASSET MANAGEMENT LLC, et al.,

    Defendants.

18-CV-4044 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

For the reasons stated on the record during today's pre-motion conference, it is hereby ORDERED that:

1. **Olshan Account**

    The parties shall promptly meet and confer with regard to the funds currently held in the Olshan Account (*see* Dkt. No. 157) and shall submit a stipulated order to the Court, no later than **May 11, 2021**, directing the disbursement of those funds to the Trustee in accordance with the March 31, 2021 Opinion and Order (Dkt. No. 331).

2. **Motion to Remand Article 77 Petition**

    U.S. Bank National Association (U.S. Bank or Trustee) shall file its motion to remand its CPLR Article 77 petition (originally docketed in this Court, after removal, as Case No. 21-CV-439) no later than **May 18, 2021.** Opposition papers shall be filed no later than **June 1, 2021**. U.S. Bank's optional reply papers are due no later than **June 8, 2021.** If it chooses to forego a reply it shall promptly so advise the Court by letter.

3. **Issuer Legal Fees**

    The parties shall promptly meet and confer with regard to the advancement of the

Issuers' legal fees and the related adjournment of the Issuers' document production obligations (*see* Dkt. No. 304). If the parties are able to reach a stipulation as to those issues, they shall submit it to the Court no later than **May 18, 2021.** If they are unable to agree, they shall file their motions with respect to the same issues no later than **May 18, 2021**. Opposition papers shall be filed no later than **June 1, 2021**. The moving party/parties' optional reply papers are due no later than **June 8, 2021.** If they choose to forego a reply they shall promptly so advise the Court by letter.

4. **Discovery Issues**

    Any party seeking judicial intervention with respect to the document discovery issues outlined in the parties' recent joint letter (Dkt. No. 333) shall do so no later than **June 22, 2021**, by letter-motion in accordance with Fed. R. Civ. P. 37(a)(1), Local Civil Rule 37.2, and Moses Individual Practices § 2(b). Opposition letters shall be filed no later than **June 29, 2021**. No reply papers will be accepted.

Dated: New York, New York
May 4, 2021

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**