UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION,

         Plaintiff,

-against-

TRIAXX ASSET MANAGEMENT LLC, et al.,

         Defendants.

18-CV-4044 (BCM)

**ORDER SCHEDULING CONFERENCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/21

**BARBARA MOSES, United States Magistrate Judge**.

      The Court having resolved the parties' disputes regarding document discovery filed at Dkt. Nos. 355, 356, and 357, the deadline for the substantial completion of document discovery, including but not limited to the discovery required by this Court's orders of today's date (Dkt. Nos. 364, 365, 366), shall be **September 17, 2021**. The Court will conduct a discovery and scheduling conference on **October 4, 2021, at 11:00 a.m**. in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. Unless otherwise ordered by the Court, this will be an in-person conference. No later than **September 27, 2021** (one week prior to the conference), the parties shall submit a joint letter confirming that document discovery has been substantially completed (or, if that is not the case, explaining what remains to be done, and why) and proposing a schedule for fact depositions and expert discovery.

Dated: New York, New York
       July 16, 2021

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**