

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION,

        Plaintiff,

-against-

TRIAXX ASSET MANAGEMENT LLC, et al.,

        Defendants.

18-CV-4044 (BCM)

**ORDER ADJOURNING CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge**.

The discovery and scheduling conference currently scheduled for October 4, 2021 is hereby ADJOURNED to **October 5, 2021, at 9:00 a.m.** Pursuant to the parties' joint request (Dkt. No. 376), the conference will be conducted using the Court's videoconferencing technology (Microsoft Teams). Members of the public may dial in to the audio-only line: (917) 933-2166, 253507310#. Chambers will email a video link to counsel.

Dated: New York, New York
       September 23, 2021

                      SO ORDERED.

                      _____
                      **BARBARA MOSES**
                      **United States Magistrate Judge**