USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION,

        Plaintiff,

-against-

TRIAXX ASSET MANAGEMENT LLC, et al.,

        Defendants.

18-CV-4044 (BCM)

**ORDER ADJOURNING CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge**.

    The discovery and scheduling conference currently scheduled for October 5, 2021 is hereby ADJOURNED to **October 15, 2021, at 9:00 a.m.** No later than **October 8, 2021**, the parties shall submit a joint letter confirming that document discovery has been substantially completed (or, if that is not the case, explaining what remains to be done, and why) and proposing a schedule for fact depositions and expert discovery. The conference will be conducted using the Court's videoconferencing technology (Microsoft Teams). Members of the public may dial in to the audio-only line: (917) 933-2166, 253507310#. Chambers will email a video link to counsel.

    In addition to setting a schedule for the remainder of discovery, the Court will hear argument at the conference on the Trustee's letter-motion dated September 23, 2021 (Dkt. No. 378). Opposition papers are due **October 1** and optional reply papers are due **October 8, 2021**.

Dated: New York, New York
       September 24, 2021

                            **SO ORDERED.**

                            _____
                            **BARBARA MOSES**
                            **United States Magistrate Judge**