UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



U.S. BANK NATIONAL ASSOCIATION,

        Plaintiff,

    -against-

TRIAXX ASSET MANAGEMENT LLC, et al.,

        Defendants.

18-CV-4044 (BCM)

**ORDER ADJOURNING CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge**.

    The discovery and scheduling conference currently scheduled for October 15, 2021 is hereby ADJOURNED to **October 22, 2021, at 9:00 a.m**. The conference will be conducted using the Court's videoconferencing technology (Microsoft Teams). Members of the public may dial in to the audio-only line: (917) 933-2166, 253507310#. Chambers will email a video link to counsel.

Dated:  New York, New York
        October 13, 2021

                              **SO ORDERED.**

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**