UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>            Plaintiff,<br><br>  -against-<br><br>TRIAXX ASSET MANAGEMENT LLC, et al.,<br><br>            Defendants. | 18-CV-4044 (BCM)<br><br>**REVISED ORDER** |

**BARBARA MOSES, United States Magistrate Judge**.

This Revised Order hereby replaces the October 22, 2021 Order at Dkt. No. 384. It is hereby ORDERED:

1. <u>Fact Discovery</u>. All remaining fact discovery, including depositions, shall be completed no later than **March 31, 2022**.

2. <u>Expert Discovery</u>. Disclosure of expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), shall be made no later than **April 29, 2022**. Disclosure of expert evidence intended solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made no later than **May 27, 2022**. Depositions of experts, if any, shall be completed no later than **June 30, 2022**.

3. <u>Close of Discovery</u>. All discovery shall be completed no later than **June 30, 2022**.

4. <u>Status Conference</u>. Judge Moses will conduct a status conference on **June 6, 2022 at 10:00 a.m**. One week prior to that date, on **May 30, 2022**, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement

efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

5. <u>Conferences and Hearings</u>. On a going-forward basis, court conferences, hearings, and other proceedings will be held in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, unless the Court orders otherwise. If a proceeding takes place via teleconference, the parties must call **(888) 557-8511** on their scheduled date, a few minutes before their scheduled time, and enter the access code **7746387. Please treat the teleconference as you would treat a public court appearance. If a conference or hearing in another matter is ongoing, please be silent (mute your line) until your case is called.** If the proceeding takes place via videoconference, chambers will email a link to counsel in advance of the proceeding.

Dated: New York, New York  
October 25, 2021

SO ORDERED.

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**