

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION,

        Plaintiff,

-against-

TRIAXX ASSET MANAGEMENT LLC, et al.,

        Defendants.

18-CV-4044 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's conference:

1. PIMCO's letter-application for a protective order (Dkt. No. 414) is GRANTED IN PART, as follows:

   a. <u>Depositions of PIMCO Senior Business Personnel.</u> The TAM Parties may take the deposition of *either* Sharad Bansal *or* Alfred Murata, for a maximum of 3.5 hours. The TAM Parties shall promptly advise PIMCO as to which witness will be deposed.

   b. <u>Deposition of In-House Counsel.</u> The TAM Parties may not take the deposition of Richard LeBrun. This ruling on this issue is without prejudice to the TAM Parties' right to revisit the issue after the depositions of the PIMCO business personnel if it appears, at that time, that LeBrun could provide testimony within the scope of Fed. R. Civ. P. 26(b)(1).

2. The Stein deposition may take place on June 3, 2022.

3. The status conference previously scheduled for June 6, 2022 is ADJOURNED to **June 13,** 2022, at 10:00 a.m. No later than **June 6, 2022**, the parties shall submit their joint status update letter outlining the progress of discovery to date, as well any settlement efforts.

Dated: New York, New York
      April 21, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**