

**ANIL K. VASSANJI**
avassanji@fklaw.com
212.833.1188

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/22

June 28, 2022

**MEMO ENDORSED**

<u>VIA ECF</u>

The Honorable Barbara Moses
United States Magistrate Judge
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:   *U.S. Bank N.A. v. Triaxx Asset Management LLC, et al.,*
                  <u>No. 18-cv-04044 (BCM)</u>

Dear Judge Moses:

        This firm represents Triaxx Asset Management LLC ("TAM") and Phoenix Real Estate Solutions Ltd. ("Phoenix", and, together with TAM, the "TAM Parties") in the above-referenced matter. We write pursuant to Rule 2(i) of the Court's Individual Practices to respectfully request that the Court permit the Parties to file the Joint Letter to the Court dated June 28, 2022, Dkt. No. [431] (the "Letter"), seeking the Court's permission to reschedule the depositions of Thomas Priore and Vishal Garg, under seal.

        The Letter contains sensitive and highly personal information about the reasons for needing to reschedule Mr. Garg's deposition, which should not be disclosed publicly.

        In accordance with the Court's Individual Practices, at the TAM Parties' request, the Parties have electronically filed the Letter under seal.

Respectfully submitted,

*s/ Anil K. Vassanji*
Anil K. Vassanji

---

Application GRANTED. The Letter (Dkt. No. 431) may be filed under seal. The TAM Parties shall file a redacted version on the public docket, only redacting the sensitive information. The extension of the fact deposition deadline requested in the Letter (Dkt. No. 431) is GRANTED. The fact deposition deadline is extended to **July 22, 2022**. The status conference scheduled for July 13, 2022 will proceed as scheduled. The deadline for the parties to submit their joint status update letter is EXTENDED to **July 8, 2022**. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
June 29, 2022