UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/22

U.S. BANK NATIONAL ASSOCIATION,

         Plaintiff,

-against-

TRIAXX ASSET MANAGEMENT LLC, et al.,

         Defendants.

18-CV-4044 (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

Pursuant to the agreement among the parties, the Court orders the following briefing schedule on PIMCO's letter-motion, filed on July 7, 2022 (Dkt. No. 434):

1. Opposition letters are due **July 26, 2022**

2. Reply letters are due **August 8, 2022**

The conference previously scheduled for July 13, 2022, is ADJOURNED to **August 29, 2022**.

The parties shall file their joint status update no later than **August 22, 2022**.

Dated: New York, New York
       July 12, 2022

                    **SO ORDERED.**

                    _____
                    **BARBARA MOSES**
                    **United States Magistrate Judge**