UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___9/7/22___

U.S. BANK NATIONAL ASSOCIATION,

    Plaintiff,

  -against-

TRIAXX ASSET MANAGEMENT LLC,
et al.,

    Defendants.

18-CV-4044 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

  For the reasons stated at today's conference, PIMCO's motion concerning the Rule 30(b)(6) depositions of the TAM Parties (Dkt. 434) is GRANTED to the extent that the TAM Parties shall make their witness available for up to two hours of further questioning on a date, no later than **October 7, 2022**, reasonably convenient to the witness and all counsel. At least one week before that date, PIMCO shall provide the TAM Parties with a specific list of topics to be covered during the resumed deposition by (a) TAM and (b) Phoenix, as well as its expected allocation of the available time between TAM and Phoenix. No monetary sanctions will be imposed.

Dated: New York, New York
   September 7, 2022

      **SO ORDERED.**

      _____
      **BARBARA MOSES**
      **United States Magistrate Judge**