UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION,

        Plaintiff,

-against-

TRIAXX ASSET MANAGEMENT LLC, et al.,

        Defendants.

18-CV-4044 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The parties having confirmed that the trial of this action will before the Court, without a jury, and is estimated to require approximately one week, it is hereby ORDERED that after conferring with one another they shall submit a joint letter, no later than **September 14, 2022**, selecting one of the Court's available weeks in February or April 2023 for trial. The parties shall also propose dates for the filing of:

    The proposed joint pretrial order, in accordance with Moses Ind. Prac. § 4(b);

    Statements of the elements and summaries of supporting facts, in accordance with Moses Ind. Prac. § 4(c)(ii), *or* proposed findings of fact and conclusions of law;

    Pretrial memoranda, if desired;

    *Limine* motions, if any;

    Direct testimony in declaration or affidavit form;

    The final pretrial conference.

Dated: New York, New York
       September 7, 2022

                                  **SO ORDERED.**

                                **BARBARA MOSES**
                                **United States Magistrate Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/22