UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
U.S. BANK NATIONAL ASSOCIATION,

                Plaintiff,

        -against-

TRIAXX ASSET MANAGEMENT LLC,
et al.,
                Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/21/2023

18-CV-4044 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

As discussed during today's proceedings:

1. <u>Post-Trial Briefing</u>. The parties shall file their post-trial proposed findings of fact and conclusions of law no later than **May 22, 2023**.

    a. The post-trial submissions shall not exceed 35 pages in length, except that Citi may submit an additional 10 pages (for a total of 45 pages for both Noteholders).

    b. The page limits do not apply to attachments, *e.g.*, charts, graphs, or demonstratives. There is no need to attach exhibits admitted at trial.

    c. Electronic courtesy copies of all post-trial submissions shall be emailed in Microsoft Word format to Moses_NYSDChambers@nysd.uscourts.gov.

2. <u>Closing Arguments</u>. The parties may present closing arguments on **May 31, 2023, at 1:00 p.m.** The Court will issue an order confirming the location closer to the date of the arguments.

    a. The Trustee, the TAM Parties, the Noteholders, and the Issuers shall each be limited to 45 minutes of argument.

    b. Parties who wish to make use of technological aides during closing arguments shall contact Courtroom Deputy Tamika Kay at (212) 805-0228 to make the appropriate arrangements.

Dated: New York, New York
April 21, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2