UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION,

    Interpleader Plaintiff,

  -against-

TRIAXX ASSET MANAGEMENT LLC,
et al.,

    Interpleader Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   3/9/26

18-CV-4044 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court thanks the parties for their patience and requests the following updated information and calculations on or before **March 27, 2026**:

1. From the Trustee:

    a. An updated statement of the amount of Retained Funds held with respect to each CDO (*see* Dkt. 470-4), including any interest or other earnings thereon as of the most recent interest calculation date. The Court would also appreciate, within each CDO, a subtotal for the amount of funds retained with respect to (a) the Phoenix Invoices and (b) the Interpleader Legal Fees.

    b. An updated flow of funds calculation, under the same three outcomes set forth in Dkt. 546-6, broken down by CDO if possible.

    c. An updated calculation of the damages that the Trustee seeks on the funds paid outside of the waterfall (*see* Dkt. 551-1), broken down by CDO if possible, with interest thereon running through March 31, 2026.

2. From TAM Parties:

    a. An updated calculation of the damages that Phoenix seeks for its unpaid fees, broken down by CDO, with interest thereon running through March 31, 2026.

b.  An updated calculation of the indemnification that Phoenix seeks for its legal fees and expenses, broken down by CDO, with interest thereon running through March 31, 2026.

c.  An updated calculation of the indemnification that TAM seeks for its legal fees and expenses, broken down by CDO, with interest thereon running through March 31, 2026.

The Court does not require updated information or calculations from the Issuers or the Noteholders. However, should these parties wish to update any calculations previously provided – to account for the passage of time, not to make new arguments – they may submit their updated figures on or before **March 27, 2026**.

Dated:  New York, New York
        March 9, 2026

SO ORDERED.

_____

**BARBARA MOSES**
**United States Magistrate Judge**

2